UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 5/17/10

KTV MEDIA INTERNATIONAL, INC.,

           Plaintiff,

-v-

GALAXY GROUP, LA LLC, *et al.*,

           Defendants.

No. 10 Civ. 3973 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    Plaintiff filed this action on May 13, 2010. In the Complaint, Plaintiff — a New York corporation with its principal place of business in Putnam Valley, New York — alleges that Defendants breached an agreement with Plaintiff for the design and delivery of a website. Defendants are both California businesses located in California.

    The Local Rules for the Division of Business Among District Judges provide that a case should be designated for assignment to the White Plains courthouse if the "claim arose in whole or in major part" in Rockland County, and at least one of the parties resides there. *See* Rule 20(a)(i). That being the case, the Clerk of the Court is respectfully directed to reassign this case to a judge in White Plains.

Dated:    May 17, 2010
           New York, New York

                              RICHARD J. SULLIVAN
                              UNITED STATES DISTRICT JUDGE